1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
7
8
9
10  DAVID VELASCO et al.,                | Case No. 2:13-CV-9407-R-AS
11              Plaintiffs,
12       v.                              | **JUDGMENT**
13
    PACCAR INC., KENWORTH TRUCK
14  COMPANY, INLAND KENWORTH
    (US) Inc., and WESTPORT FUEL
15  SYSTEMS INC.,
16              Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

1  On May 21, 2014, this Court issued its Order Granting Motions to Dismiss the Second Amended Complaint.  This Order dismissed the claims against all defendants without leave to amend.  (Dkt. No. 38).  On May 23, 2014, this Court issued an order directing the clerk to close this case in its entirety. (Dkt. No. 39).

**IT IS HEREBY ORDERED** that judgment be entered dismissing the above-captioned action against defendants with prejudice.

**IT IS SO ORDERED.**

Dated:  May 29, 2014    _____
Honorable Manuel L. Real
United States District Judge